IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| OMMIE CHRISTIAN,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN RANDY TOOLE; MS. THOMAS; MS. REGISTER; MR. ALLEN; LARRY BREWTON; MR. DELOUCHE; MR. FOWLER; and MR. BROOKS,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-38 |

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation, (doc. 9), to which Plaintiff failed to file Objections. After a *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's official capacity claims against all Defendants, Plaintiff's claims against Defendants DeLouche and Fowler, his supervisory liability claims, his Eighth Amendment failure-to-protect claims, his state law claims, and any claims arising from a November 1, 2013, incident. Additionally, the Court **DENIES** Plaintiff's request for injunctive relief.

**SO ORDERED**, this 20th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA