IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

OMMIE CHRISTIAN,

    Plaintiff,

v.

WARDEN RANDY TOOLE; MS. THOMAS; MS. REGISTER; MR. ALLEN; LARRY BREWTON; MR. DELOUCHE; MR. FOWLER; and MR. BROOKS,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-38

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 58), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS in part** and **DISMISSES as moot in part** the unopposed Motion for Summary Judgment filed by Defendants Toole, Thomas, Allen, Register, and Brooks, **DISMISSES** Plaintiff's claims against Defendant Brewton, and **DISMISSES** Plaintiff's Complaint in its entirety. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 20th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA